B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   LocatePLUS Holdings Corporation
                                                                    Debtor(s)

Case No.  11-15791 (JNF)
Chapter   11

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE F

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Stephen S. Gray, Chapter 11 Trustee for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedule F, consisting of __5__ sheets, and that it is true and correct to the best of my knowledge, information, and belief.

Date   April 19, 2012               Signature   _____
                                                Stephen S. Gray
                                                solely in his capacity as Chapter 11 Trustee

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re  LocatePLUS Holdings Corporation  
_____,  
Debtor

Case No. __11-15791 (JNF)__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BlackIron Group<br>40 Richards Avenue<br>3rd Floor<br>Norwalk, CT 06854 | | - | | | | | 2,000.00 |
| Account No.<br><br>Blake Godbout & Associates<br>33 Broad Street<br>11th Floor<br>Boston, MA 02109 | | - | Legal services | | | | 216,042.36 |
| Account No.<br><br>Blue Cross Blue Shield of MA<br>P.O. Box 371318<br>Pittsburgh, PA 15250-7318 | | - | | | | | 1,353.82 |
| Account No.<br><br>City of Beverly<br>Payment Processing<br>P.O. Box 178<br>Medford, MA 02155 | | - | | | | | 2,537.03 |
| __4__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 221,933.21 |

In re  LocatePLUS Holdings Corporation , Case No. 11-15791 (JNF)
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Derrick Spatorico<br>47 Vineyard Hill<br>Fairport, NY 14450 | | - | Note payable, interest, loan | X | X | X | 577,390.00 |
| Account No.<br><br>epartners<br>1231 Greenway Drive<br>Suite 200<br>Irving, TX 75038 | | - | | | | | 5,335.88 |
| Account No.<br><br>Gemstone Investment Company<br>320 Main Street<br>Worcester, MA 01608 | | - | Note payable | | | | 250,000.00 |
| Account No.<br><br>Geoffrey T. Chalmers, Esq.<br>33 Broad Street<br>11th Floor<br>Boston, MA 02109 | | - | Legal services | | | | 71,329.00 |
| Account No.<br><br>Gulabtech, LLC<br>c/o Daniel C. Cohn, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 | | - | Note payable and interest | | | | Unknown |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  904,054.88

B6F (Official Form 6F) (12/07) - Cont.

In re  LocatePLUS Holdings Corporation
Debtor

Case No.  11-15791 (JNF)

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>John Houlihan<br>1101 S. 20th Street<br>Council Bluffs, IA 51501 | | - | Note payable | | | | 62,500.00 |
| Account No.<br><br>Lathrop & Gage<br>2345 Grand Boulevard<br>Suite 2200<br>Kansas City, MO 64108 | | - | Legal services | | | | 51,422.23 |
| Account No.<br><br>Law Office of Peter F. Flynn<br>33 Broad Street<br>11th Floor<br>Boston, MA 02109 | | - | Legal services | | | | 8,000.00 |
| Account No.<br><br>Marcia Margiotta<br>85 Coco Plum Drive<br>#4A<br>Marathon, FL 33050 | | - | Note payable | | | | 10,000.00 |
| Account No.<br><br>McLane, Graff, Raulerson & Middleton<br>900 Elm Street<br>P.O. Box 326<br>Manchester, NH 03105 | | - | Legal services | | | | 93,680.58 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   225,602.81

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  LocatePLUS Holdings Corporation , Case No. 11-15791 (JNF)
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Richard Pyle<br>1000 Goodale Street<br>West Boylston, MA 01583 | | - | Loan | X | X | X | 20,000.00 |
| Account No.<br><br>Robert Kite<br>4600 E. Pebble Ridge Road<br>Paradise Valley, AZ 85253 | | - | Note payable and interest | X | X | X | 231,966.00 |
| Account No.<br><br>Special Situations 2 - Various Investors<br>527 Madison Avenue<br>Suite 2600<br>New York, NY 10022-4304 | | - | Accrued interest | X | X | X | 477,000.00 |
| Account No.<br><br>Special Situations Fund III LP<br>527 Madison Avenue<br>Suite 2600<br>New York, NY 10022-4304 | | - | Note payable and interest | X | X | X | 1,428,750.00 |
| Account No.<br><br>Special Situations Private Equity Fund L<br>527 Madison Avenue<br>Suite 2600<br>New York, NY 10022-4304 | | - | Note payable and interest | X | X | X | 1,428,750.00 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,586,466.00

Case 11-15791    Doc 779    Filed 04/23/12    Entered 04/23/12 19:15:27    Desc Main
Document      Page 6 of 8

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Holdings Corporation                                    Case No.   11-15791 (JNF)
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | | - | | | | | 2,219.76 |
| Account No.<br><br>Transfer Online<br>512 SE Salmon Street<br>Portland, OR 97214 | | - | Transfer agent | | | | 2,415.77 |
| Account No.<br><br>U.S. Securities & Exchange Commission<br>Boston Regional Office<br>33 Arch Street, 23rd Floor<br>Boston, MA 02110 | | - | | X | X | X | Unknown |
| Account No.<br><br>USPS<br>512 SE Salmon Street<br>Portland, OR 97214 | | - | | | | | 93.76 |
| Account No.<br><br> | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,729.29

Total (Report on Summary of Schedules)    4,942,786.19

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:                                              ) Chapter 11
                                                    )
LOCATEPLUS HOLDINGS CORPORATION, et al.[1]          ) Case No. 11-15791 (JNF)
                                                    )
Debtors.                                            ) Jointly Administered

## DECLARATION RE: ELECTRONIC FILING

I, Stephen S. Gray, hereby declare under penalty of perjury that all of the information contained in the Declaration Concerning Debtor's Amended Schedule F for LocatePLUS Holdings Corporation (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 19, 2012

Signed: _____
Stephen S. Gray
solely as Chapter 11 Trustee

1859239

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: (i) LocatePLUS Holdings Corporation (2304); (ii) LocatePLUS Corporation (5108); (iii) Dataphant, Inc. (9016); (iv) Certifion Corporation (5399); (v) Employment Screening Profiles, Inc. (0272); and (vi) Worldwide Information, Inc. (7270).

# CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was served upon the parties listed below, by first class mail, postage prepaid, this 23rd day of April, 2012.

Derrick Spatorico
47 Vineyard Hill
Fairport, NY  14450

Richard Pyle
1000 Goodale Street
West Boylston, MA  01583

Robert Kite
4600 E. Pebble Ridge Road
Paradise Valley, AZ  85235

Special Situations 2 – Various Investors
527 Madison Avenue
Suite 2600
New York, NY  10022-4304

Special Situations Fund III LP
527 Madison Avenue
Suite 2600
New York, NY  10022-4304

Special Situations Private Equity Fund L
527 Madison Avenue
Suite 2600
New York, NY  10022-4304

U.S. Securities & Exchange Commission
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA  02110


                                                              /s/ Carol S. Ennis
                                                Carol S. Ennis, Paralegal
                                                BROWN RUDNICK LLP
                                                One Financial Center
                                                Boston, Massachusetts  02111
                                                617-856-8200